RALPH J. MARRA, JR.
ACTING UNITED STATES ATTORNEY
UNITED STATES ATTORNEYS OFFICE
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2700

June 24, 2009

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Michael A. Shipp
United States Magistrate Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CRIMINAL NO. 08-6002 |
| v. | : | |
| RAMESH MELWANI, | : | ORDER |
| DEFENDANT. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 1st day of July, 2009

ORDERED that the Application and Order for Writ of Continuing Garnishment in this matter is hereby WITHDRAWN.

By: _____

Michael A. Shipp
United States Magistrate Judge